UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | CAUSE NO. 1:13-cr-00136-TWP-DML-1 |
| ) | |
| ALEXANDER MENDEL, ) | |
|     Defendant. ) | |

**REPORT AND RECOMMENDATION**

On October 5, 2022, and January 10, 2023, the Court held hearingS on the Petition for Warrant or Summons for Offender Under Supervision filed on September 19, 2022. [Dkt. 127.] Defendant appeared in person and by FCD counsel Sam Ansell and Dominic Martin. Government represented by AUSA MaryAnn Mindrum. USPO represented by Megan Durbin.

In exchange for Defendant's agreement to the modifications to his conditions of supervised release set forth below, the government moved, without objection, to dismiss violations set forth in the Petition [Dkt. 127] without prejudice; that motion was granted and the Petition [Dkt. 127] was dismissed without prejudice.

The parties jointly agreed to modify Defendant's conditions of supervised release [Dkt. 111 at 3-5] by the inclusion of conditions nos. 30 and 31as follows:

30. You shall attend and complete the Battle Creek Veterans Affairs PTSD Residential Rehabilitation Treatment Program in Battle Creek, Michigan at the direction of the probation officer.

31. For a period of 120 days following your completion of the Battle Creek Veterans Affairs PTSD Residential Rehabilitation Treatment Program, you shall be placed on GPS monitoring and shall be restricted to your residence at all times during that period except for employment; education; religious services; medical, substance abuse, or mental health treatment; or other activities approved in advance by the probation officer.

Accordingly, the Magistrate Judge hereby recommends that Defendant's conditions of supervised release [Dkt. 111 at 3-5] be modified as follows:

30. You shall attend and complete the Battle Creek Veterans Affairs PTSD Residential Rehabilitation Treatment Program in Battle Creek, Michigan at the direction of the probation officer.

31. For a period of 120 days following your completion of the Battle Creek Veterans Affairs PTSD Residential Rehabilitation Treatment Program, you shall be placed on GPS monitoring and shall be restricted to your residence at all times during that period except for employment; education; religious services; medical, substance abuse, or mental health treatment; or other activities approved in advance by the probation officer.

The Magistrate Judge further recommends that Defendant's other conditions of supervised release [Dkt. 111 at 3-5] remain unchanged.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

The parties have fourteen days after being served a copy of this Report and Recommendation to serve and file written objections with the District Judge.

Dated: 12 JAN 2023

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system

United States Probation Office

United States Marshal